# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT |
| | on a Motion pursuant to |
| Plaintiff, | 28 U.S.C. § 2255 |
| v. | Case No.: 02-CR-0027-C-02 |
| | 05-C-139-C |
| BERNARD BRISCO, | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
_____
by Deputy Clerk

5/10/05
_____
Date